Cite as 2020 Ark. 162
# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUSPENSION OF ATTORNEYS WHO FAILED TO PAY 2020 ANNUAL ATTORNEY-LICENSE FEE | **Opinion Delivered** April 23, 2020 |

**PER CURIAM**

The final deadline for attorneys to pay the 2020 annual attorney-license fee was April 15, 2020. Rule VII(C) of the Rules Governing Admission to the Bar imposes an automatic suspension on those attorneys who fail to pay the annual fee by the final deadline. The attorneys named on the attached list failed to pay the annual license fee by the final deadline of April 15, 2020, despite repeated notices. Therefore, those attorneys were automatically suspended on April 16, 2020, by operation of Rule VII(C) and shall not practice law in the State of Arkansas until reinstated or except during a stay of the suspension as provided in Rule VII(C)(15).

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 94001**

Douglas S. Adams
Suffern, NY

**Bar Number: 2006086**

Melanie A. Bell
Glenwood, AR

**Bar Number: 98086**

Allison Brewer Thurman
Madison, MS

**Bar Number: 2012037**

William Peter Alexander
Kansas City, MO

**Bar Number: 98169**

Martha Ann Rowland Beltrani
St. Louis, MO

**Bar Number: 2014177**

Justice Jete Brooks, I
Mabelvale, AR

**Bar Number: 2011291**

Daniel Lewis Allen
Burien, WA

**Bar Number: 2012020**

Don Bowen Berry
Dallas, TX

**Bar Number: 2017075**

Shannon Bryant-Gamble
Jefferson City, MO

**Bar Number: 78179**

Rolf L. Anderson-Leirvik
Portland, OR

**Bar Number: 96206**

Timothy Allen Blair
Cabot, AR

**Bar Number: 91017**

F. Preston Buchner
Cammack Village, AR

**Bar Number: 81006**

Kay Kelley Arnold
Little Rock, AR

**Bar Number: 70007**

G. Leroy Blankenship
Batesville, AR

**Bar Number: 97023**

Joan McLendon Budd
Phenix City, AL

**Bar Number: 99163**

Valerie Thompson Bailey
Little Rock, AR

**Bar Number: 79018**

Walter Paul Blume
Little Rock, AR

**Bar Number: 87015**

Diana Joan Burleson
Indianapolis, IN

**Bar Number: 92115**

Kenneth Edwin Baker
Bentonville, AR

**Bar Number: 2017097**

Amy L. Boler Herrington
Dallas, TX

**Bar Number: 2013131**

Katie Ann Butler
Fort Lauderdale, FL

**Bar Number: 98248**

Jo Kaye Bandy
Fayetteville, AR

**Bar Number: 89053**

Michael Dennis Booker
Little Rock, AR

**Bar Number: 2011033**

Kevin Byrd
Hot Springs, AR

**Bar Number: 98165**

John William Stokes Bateman
Starkville, MS

**Bar Number: 93121**

Lara Elizabeth Bowles
Little Rock, AR

**Bar Number: 83034**

David Philip Cann
Royal, AR

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 77025**

Michael Cleveland Carter
Fort Smith, AR

**Bar Number: 92243**

William Dabbs Cavin
Little Rock, AR

**Bar Number: 74165**

Mary Susan Chadick
Arlington, VA

**Bar Number: 98223**

Leigh McDaniel Chiles
Memphis, TN

**Bar Number: 87033**

Carmen Elizabeth Clark
Anchorage, AK

**Bar Number: 2006091**

Danny Keith Clearman
Neosho, MO

**Bar Number: 2013295**

Brian Alexander Clepp
Boerne, TX

**Bar Number: 2000061**

Damon Neil Cluck
Sherwood, AR

**Bar Number: 2003101**

John Kevin Coker
Spring, TX

**Bar Number: 2014258**

Derrell A. Coleman
Dallas, TX

**Bar Number: 2005284**

Kellie B. Combs
Washington, DC

**Bar Number: 2014082**

Anthoney Kristopher Lee Coon
Bentonville, AR

**Bar Number: 93046**

Bart Charles Craytor
New Boston, TX

**Bar Number: 79042**

Carlos Lightfoot Crisp
Marvell, AR

**Bar Number: 79044**

Othello C. Cross
Pine Bluff, AR

**Bar Number: 2000026**

Michael Richard Cummins
San Luis Obispo, CA

**Bar Number: 90070**

Dr. Joshua Joy Dara, Sr.
Pineville, LA

**Bar Number: 99016**

Forchisha Martauna Oepole Davis
St. Charles, MO

**Bar Number: 2001244**

Lamar B. Davis
Little Rock, AR

**Bar Number: 87045**

Michael Ray Davis
Sherwood, AR

**Bar Number: 81045**

James M. Dendy
Conway, AR

**Bar Number: 2006254**

Benjamin Scott Dickinson
Brentwood, TN

**Bar Number: 86008**

Candice Baker Dickson
Jonesboro, AR

**Bar Number: 77044**

James Edward Dickson
Jonesboro, AR

**Bar Number: 2001035**

Catherine Jeanettia Dolan
Denver, CO

**Bar Number: 96244**

Brian Douglas Dover
Jonesboro, AR

**Bar Number: 2018053**

Kristen Joy Downey
Nashville, TN

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 98076**

Sharon Handy Draper
Little Rock, AR

**Bar Number: 83060**

William Martin Eisele, Jr.
Little Rock, AR

**Bar Number: 85056**

Robert Holt Freeman
Overland Park, KS

**Bar Number: 2007150**

Mark Brandon Duch
Texarkana, TX

**Bar Number: 2006316**

Richard Dallas Elms, Jr.
Atlanta, GA

**Bar Number: 2005016**

Gail Natalie Friend
Houston, TX

**Bar Number: 2011109**

Fred Andrew Dunsing
Denver, CO

**Bar Number: 91018**

Daniel Douglas Etzkorn
Benton, AR

**Bar Number: 2010112**

Ann C. Fries
Broken Arrow, OK

**Bar Number: 2005306**

Yvette Renee DuVall
Springfield, MO

**Bar Number: 2014066**

B. Ashton Fallin
Thomaston, GA

**Bar Number: 2016018**

Carl P. Funderburk
Tulsa, OK

**Bar Number: 89062**

Patricia Ann Eables
Key West, FL

**Bar Number: 79062**

Ernest B. Farquharson
Fort Smith, AR

**Bar Number: 93010**

Joette Furlough
Dallas, TX

**Bar Number: 2001169**

Mary A. Earl
Houston, TX

**Bar Number: 2014120**

Christopher Ayres Fasel
Poratello, ID

**Bar Number: 87146**

Janet P. Gallman
Little Rock, AR

**Bar Number: 78044**

Charles Richard Easterling
Jonesboro, AR

**Bar Number: 2011008**

Carrie Nicole Felice
Springhill, FL

**Bar Number: 2013022**

Alexander Garcia
San Antonio, TX

**Bar Number: 2011041**

Brandon Trueman Eckhart
Texarkana, TX

**Bar Number: 2010001**

Whitney M. Ferguson
Austin, TX

**Bar Number: 81064**

Gary Day Garland
Corning, AR

**Bar Number: 85146**

Cynthia Stricklin Edwards
Little Rock, AR

**Bar Number: 99215**

Nicole Suzette Weeks Fowler
Jackson, WY

**Bar Number: 89211**

John Downing Garnett
Houston, TX

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2010195**

Meagan Terese Gentry
Charleston, SC

**Bar Number: 2014010**

Jennifer Lynne Graf
Dallas, TX

**Bar Number: 92147**

Leif Hamman
Jonesboro, AR

**Bar Number: 2000170**

Anthony D. George
Bentonville, AR

**Bar Number: 2000077**

Lacey Nix Gramling
Jonesboro, AR

**Bar Number: 96238**

Steve W. Haralson
Fairfield Bay, AR

**Bar Number: 2001263**

Thomas Phillip Germeroth
Clayton, MO

**Bar Number: 75048**

James C. Graves
Fairfield, IO

**Bar Number: 2004007**

Joel Grant Hargis
Jonesboro, AR

**Bar Number: 92258**

Jill Odell Gibson
Portland, OR

**Bar Number: 73145**

Charles Arthur Hadden
Little Rock, AR

**Bar Number: 2012131**

Katie Harris
Maumelle, AR

**Bar Number: 72042**

L. D. Gibson
Trumann, AR

**Bar Number: 2003107**

Gary Shaun Hair, Jr.
Anthem, AZ

**Bar Number: 88106**

David P. Heasley
Bryant, AR

**Bar Number: 75161**

Jerry Wayne Glover
Chicago, IL

**Bar Number: 2007287**

Kathryn Hake
Camden, AR

**Bar Number: 98034**

Tia Helberg
Hot Springs Village, AR

**Bar Number: 2004017**

Kathryn Wills Goff
Saint Jo, TX

**Bar Number: 93208**

Nancy Amy Hall
North Little Rock, AR

**Bar Number: 83209**

Joe Marc Hesse
Frisco, TX

**Bar Number: 2014088**

Robert Eugene Goins
Broken Arrow, OK

**Bar Number: 2006096**

Deidra Deanne Hall-Parish
Southlake, TX

**Bar Number: 94114**

David Armstrong Hodges, Jr.
Dallas, TX

**Bar Number: 2012226**

Blake Bryant Goodsell
Birmingham, AL

**Bar Number: 95157**

Tamara Lea Hamilton Osborne
Los Angeles, CA

**Bar Number: 83087**

G. David Holmes
Gallatin, TN

# Category 1

## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2008273**

Megan Jean Hudson
Van Buren, AR

**Bar Number: 79108**

Robert Lee Jones
Little Rock, AR

**Bar Number: 89093**

Kerry Layne Kilpatrick
Monroe, LA

**Bar Number: 97021**

Joseph Dewey Hughes
Jonesboro, AR

**Bar Number: 2000165**

Scott L. Jones
Siloam Springs, AR

**Bar Number: 88124**

Michael J. King
Hot Springs, AR

**Bar Number: 2019016**

Victor D. Huhem
Fort Worth, TX

**Bar Number: 2017072**

Ann C. Kapsimalis
Knoxville, TN

**Bar Number: 2015255**

Angela Mary Kinley
Atlanta, GA

**Bar Number: 84080**

Tim Humphries
Little Rock, AR

**Bar Number: 2012236**

Leon Kassab
Dallas, TX

**Bar Number: 89068**

Dennis Michael Kinney
Winter Springs, FL

**Bar Number: 87091**

Robert S. Irving
Fort Collins, CO

**Bar Number: 2012071**

Susan Rebecca Kaufman
Memphis, TN

**Bar Number: 2012190**

Chin Kuay
Sunnyvale, CA

**Bar Number: 2008023**

Justin Lee Jeter
Dallas, TX

**Bar Number: 95109**

Edward Ray Keith, Jr.
Lubbock, TX

**Bar Number: 99142**

Jason Robert Lewallen
Jonesboro, AR

**Bar Number: 86096**

David B. Jones
Dallas, TX

**Bar Number: 2010251**

Nicholas Edward Kelley
Little Rock, AR

**Bar Number: 2002019**

Albert Gamaliel Lewis, III
Tuscaloosa, AL

**Bar Number: 2014080**

David B. Jones
Little Rock, AR

**Bar Number: 70038**

W. Gary Kennan
River Ridge, LA

**Bar Number: 74176**

Terry Hammond Little
Denver, CO

**Bar Number: 81197**

Robert Lanier Jones, II
Seguin, TX

**Bar Number: 2017143**

Kelsey Leigh Kent
Fayetteville, AR

**Bar Number: 2008155**

Travis Bo Loftis
Benton, AR

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2006237**

Sarah Anne Loge
Fayetteville, AR

**Bar Number: 2017245**

Sarah K. Mayes
Eureka Springs, AR

**Bar Number: 2001206**

Matthew J. McWilliams
Queen Creek, AZ

**Bar Number: 94043**

Beth Ann Long
Little Rock, AR

**Bar Number: 84102**

Hiram McBeth, III
Pine Bluff, AR

**Bar Number: 2015100**

John F. Medler, Jr.
Irvine, CA

**Bar Number: 2006262**

Fredrick Albert Lutz, Jr.
Nashville, TN

**Bar Number: 2014104**

Brent Douglas McCabe
Austin, TX

**Bar Number: 2008264**

Reid Davis Miller
Little Rock, AR

**Bar Number: 86111**

Imogene "Winnie" MacDonald
Fayetteville, AR

**Bar Number: 2008016**

Elizabeth McCandless
Little Rock, AR

**Bar Number: 2010263**

Anne Michelle Milligan
Portland, OR

**Bar Number: 75082**

J. Phillip Malcom
Little Rock, AR

**Bar Number: 2013009**

Brittney Angela McClinton
Flower Mound, TX

**Bar Number: 2005095**

Brian L. Mincher
Dallas, TX

**Bar Number: 2009208**

Francis J. Martin
Canoga Park, CA

**Bar Number: 72082**

James Neil McCord, II
Fayetteville, AR

**Bar Number: 79209**

Jay Carol Miner
Machias, ME

**Bar Number: 2009062**

Rhett Preston Martin
Washington, DC

**Bar Number: 93111**

Lauren Elizabeth McDonald
Newport, AR

**Bar Number: 98095**

Elizabeth A. Morehead
Norman, OK

**Bar Number: 2000054**

Lourdes Estevez Martinez
Metairie, LA

**Bar Number: 2005272**

Michael Dennis McGhee
Springdale, AR

**Bar Number: 2003119**

Iris L. Muke
Clarksville, AR

**Bar Number: 77086**

John W. May, II
Prairie Grove, AR

**Bar Number: 78110**

William Harry McKimm
Mount Ida, AR

**Bar Number: 87208**

Vincent A. Mulloy
Washington, DC

# Category 1

## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2016009**

Amy Steele Neathery
Oklahoma City, OK

**Bar Number: 81211**

Patricia Joyce Nobles
Dallas, TX

**Bar Number: 94121**

Stephen Wade Parker
New Cumberland, PA

**Bar Number: 2013249**

Thomas M. W. Parker
Lowell, AR

**Bar Number: 94167**

Charles Raymond Peden
Atlanta, GA

**Bar Number: 2009171**

Timothy E. Penhallegon
Farmington, AR

**Bar Number: 73092**

James Albert Penix, Jr.
Springdale, AR

**Bar Number: 73163**

Robert Byran Perry
Waco, TX

**Bar Number: 2014074**

Lauren Anne Peterson
Joplin, MO

**Bar Number: 2015141**

Carmen Donielle Pruitt
North Little Rock, AR

**Bar Number: 2013192**

Kendra Khrystal Pruitt
Little Rock, AR

**Bar Number: 2018154**

Stephanie Renee Qandah
Little Rock, AR

**Bar Number: 95147**

Richard Patrick Quinn
Alexandria, VA

**Bar Number: 2013047**

Travis C. Ragland
Conway, AR

**Bar Number: 77106**

Philip Raia
Saint Petersburg, FL

**Bar Number: 87139**

John Clayton Randolph
New Orleans, LA

**Bar Number: 96083**

Douglas M. Rather
Santa Fe, NM

**Bar Number: 2001066**

J. Skipper Ray
Little Rock, AR

**Bar Number: 2015065**

J. Matthew Reardon
Rogers, AR

**Bar Number: 2012002**

Amy Michelle Reynolds
Little Rock, AR

**Bar Number: 2010208**

Summer Michelle Rhoden
Memphis, TN

**Bar Number: 2008136**

James Allen Roach
Plano, TX

**Bar Number: 76107**

Fred O. Roberson, Jr.
North Little Rock, AR

**Bar Number: 90146**

Mike Robinson
Bryant, AR

**Bar Number: 76111**

David Ray Rogers
Fort Smith, AR

**Bar Number: 91137**

Gill A. Rogers
Little Rock, AR

**Bar Number: 79247**

Jim Rose, III
Fayetteville, AR

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 91202**

Kenneth E. Rudd
Wildwood, MO

**Bar Number: 2008142**

Anna Rene Smith
Memphis, TN

**Bar Number: 98107**

Steven Christopher Thomason
Hope, AR

**Bar Number: 90124**

Robert A. Russell, Jr.
Little Rock, AR

**Bar Number: 76118**

Richard L. Smith
Frisco, TX

**Bar Number: 2010073**

Petrina L. Thompson
Aubrey, TX

**Bar Number: 2002172**

Kevin William Ryan
Conway, AR

**Bar Number: 2006022**

Melissa Spohn
Centennial, CO

**Bar Number: 80149**

Stephen L. Tisdale
Eudora, AR

**Bar Number: 2007119**

Barbara L. Samuels
Pine Bluff, AR

**Bar Number: 88167**

Amy Lee Stewart
Little Rock, AR

**Bar Number: 2017052**

Audrey Kathleen Trevino
Johnstown, CO

**Bar Number: 2009153**

William Clinton Saxton
New York, NY

**Bar Number: 2009266**

Robert C. Sullivan
Kansas City, MO

**Bar Number: 79225**

Charles W. Tucker
Sherwood, AR

**Bar Number: 83157**

Michael Gordon Scussel
Pine Bluff, AR

**Bar Number: 2009133**

Priscilla Sierra Summers
Springdale, AR

**Bar Number: 2015187**

Cara E. Turbyfill
Benton, AR

**Bar Number: 91101**

Jennifer Mead Selin
Morgantown, WV

**Bar Number: 74187**

Kelly Hansen Swanson
Las Vegas, NV

**Bar Number: 99089**

Heather Leigh Turnbull
Tallahassee, FL

**Bar Number: 91059**

Lynn J. Skinner
Drasco, AR

**Bar Number: 2011084**

Stephen M. Talley
Russellville, AR

**Bar Number: 2008202**

Todd A. Van Es
Centerton, AR

**Bar Number: 87183**

Charla S. Smart
Dallas, TX

**Bar Number: 91176**

Connie Hickman Tanner
Reno, Nevada

**Bar Number: 2010278**

Lance L. Walker
Edmund, OK

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 92205**

John David Walt, Jr.
Franklin, TN

**Bar Number: 97183**

David Anthony Washnock
Pace, FL

**Bar Number: 2018016**

Whitney Alexander Wayne
Austin, TX

**Bar Number: 73127**

Carolyn Lee Whitefield
Texarkana, AR

**Bar Number: 2011235**

Wesley DeWayne Whitmore
Fayetteville, AR

**Bar Number: 2017073**

W. Garrett Wilkins
Dallas, TX

**Bar Number: 2012105**

Ladarron D. Williams
Kansas City, MO

**Bar Number: 2007070**

Kirk D. Willis
Dallas, TX

**Bar Number: 2011107**

Holly Sales Wilson
Rogers, AR

**Bar Number: 77145**

Robert Lawrence Wilson
Little Rock, AR

**Bar Number: 93013**

M. Suzanne Winter
Forrest City, AR

**Bar Number: 83186**

William Ross Wisely
Hot Springs National Park, AR

**Bar Number: 2011102**

Robert John Wittwer
Stillwater, OK

**Bar Number: 2012201**

Jacquelin Elizebeth Wohlschaeger
Cabot, AR

**Bar Number: 89196**

Michael Fredrick Wong
Houston, TX

**Bar Number: 84165**

Keith Newton Wood
Hope, AR

**Bar Number: 95248**

Johnny Leon Woodruff
Chattanooga, TN

**Bar Number: 78174**

James William Woods
Irving, TX

**Bar Number: 76149**

Robert E. Young
Delray Beach, FL

**Bar Number: 2013271**

Aliya Hussaini Yousufi
San Jose, CA

**Bar Number: 2014208**

Melissa Ann Zimmerman
San Diego, CA

**Total Count: 237**